# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Supervised Release) |
| **VICTOR SOLORZANO TAVIA** | Case Number: **1:17-CR-00222-001** |
| a/k/a Victor Manuel Solorzano-Tavira, | USM Number: **40434-379** |
| a/k/a Roberto Solorzano Tavira, Victor Guerra-Lopez, Roberto Solozano-Tavira, Victor Manuel Guerra Lopez, Victor Solorzano-Tavia, and Victor Manuel Solorcino-Tavia | **Carlos A. Williams, Esquire** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of the statutory condition and standard condition 16 as set forth in the Petition dated 10/25/2017 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory | New Offense | 08/16/2017 |
| 16 | Technical | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**January 23, 2018**
Date of Imposition of Judgment

**/s/ Callie V. S. Granade**
Signature of Judge

**CALLIE V. S. GRANADE**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**January 30, 2018**
Date

DEFENDANT:       VICTOR SOLORZANO TAVIA, a/k/a Victor Manuel Solorzano-Tavira,
                 a/k/a Roberto Solorzano Tavira, Victor Guerra-Lopez, Roberto Solozano-Tavira,
                 Victor Manuel Guerra Lopez, Victor Solorzano-Tavia, and Victor Manuel Solorcino-Tavia
CASE NUMBER:     1:17-CR-00222-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TWENTY-FOUR (24) MONTHS, said term to run consecutively to the 21 month imprisonment term imposed in 1:17-cr-195-001.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____     ☐ a.m.    ☐ p.m.    on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

                                                               UNITED STATES MARSHAL
                                                    By
                                                               _____
                                                               DEPUTY UNITED STATES MARSHAL